# OCEAN DRIVE LIMOUSINES
### 641 Mokena Drive
### Miami Springs, FL. 33166
### (305) 374-7182     (888) 664-7182     Fax (305) 374-0807
### www.OceanDriveLimo.com

## Invoice

Bill To: <mark>VIRGIN ATLANTIC AIRWAYS</mark>  
Attention: LUCIE ROMAINE  
THE OFFICE (NW3)  
MANOR ROYAL  
CRAWLEY, RH10 9NU  

Invoice Date: 07/02/2011  
Invoice No:  
Account No: 02113  
Terms: 0  
Date Range: 05/13/2011 To 07/02/2011  

| Reserve Number | Date | Passenger | Order Number | Fee | Gratuity | Phone | Misc | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| 055000 | 06/15/2011 | VIRGIN ARRIVALS VAN 1 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055001 | 06/15/2011 | VIRGIN ARRIVALS VAN 2 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055002 | 06/15/2011 | VIRGIN ARRIVALS VAN 3 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055003 | 06/15/2011 | VIRGIN ARRIVALS VAN 4 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055004 | 06/15/2011 | VIRGIN ARRIVALS VAN 5 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055005 | 06/15/2011 | VIRGIN ARRIVALS VAN 6 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055006 | 06/15/2011 | VIRGIN ARRIVALS VAN 7 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055007 | 06/15/2011 | VIRGIN ARRIVALS VAN 8 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055008 | 06/15/2011 | VIRGIN ARRIVALS VAN 9 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055009 | 06/15/2011 | VIRGIN ARRIVALS VAN 1 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055010 | 06/15/2011 | VIRGIN ARRIVALS VAN 1 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INT'L at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055014 | 06/15/2011 | VIRGIN TO THE VILLA M | | 550.00 | 110.00 | 0.00 | 112.00 | -110.00 | 662.00 |
| P | 19:15 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| D | 0:15 | AS DIRECTED TO THE VILLA BY BARTON G 1116 OCEAN DRIVE, MIAMI BEACH 305-672-6604 WAIT AND RETURN | | | | | | | |
| 055015 | 06/15/2011 | VIRGIN TO THE VILLA M | | 550.00 | 110.00 | 0.00 | 112.00 | -110.00 | 662.00 |
| P | 19:15 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| D | 0:15 | AS DIRECTED TO THE VILLA BY BARTON G 1116 OCEAN DRIVE, MIAMI BEACH 305-672-6604 WAIT AND RETURN | | | | | | | |
| 055016 | 06/15/2011 | VIRGIN TO THE VILLA MI | | 475.00 | 95.00 | 0.00 | 97.00 | -95.00 | 572.00 |

# OCEAN DRIVE LIMOUSINES
641 Mokena Drive
Miami Springs, FL. 33166
(305) 374-7182    (888) 664-7182    Fax (305) 374-0807
www.OceanDriveLimo.com

## Invoice

| Bill To: | VIRGIN ATLANTIC AIRWAYS | Invoice Date: 07/02/2011 |
|---|---|---|
| Attention: | LUCIE ROMAINE | Invoice No: |
| | THE OFFICE (NW3) | Account No: 02113 |
| | MANOR ROYAL | Terms: 0 |
| | CRAWLEY, RH10 9NU | Date Range: 05/13/2011 To 07/02/2011 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P | 19:15 | ROYAL PALM CROWN PLAZA HOTEL 1545 COLLINS AVE, MIAMI BEACH 305-604-5700 | | | | | | |
| D | 0:15 | AS DIRECTED TO THE VILLA BY BARTON G 1116 OCEAN DRIVE, MIAMI BEACH 305-672-6604 WAIT AND RETURN | | | | | | |
| 055017 | 06/16/2011 | VIRGIN TO EVERGLADE | 550.00 | 110.00 | 0.00 | 116.00 | -110.00 | 666.00 |
| P | 10:30 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| D | 15:30 | AS DIRECTED TO EVERGLADES SAFARI PARK 26700 S.W. 8TH ST, MIAMI >>>PARK TO BE CONFIRMED<<< WAIT AND RETURN | | | | | | |
| 055018 | 06/16/2011 | VIRGIN TO GO CAR TOU | 475.00 | 95.00 | 0.00 | 97.00 | -95.00 | 572.00 |
| P | 10:30 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| D | 15:30 | AS DIRECTED TO GO CAR SOUTH BEACH 1655 James Avenue, Miami Beach (305) 908-8497 WAIT AND RETURN | | | | | | |
| 055019 | 06/16/2011 | VIRGIN TO THE RALEIG | 360.00 | 72.00 | 0.00 | 72.00 | -72.00 | 432.00 |
| P | 19:30 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| D | 20:30 | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH DROP OFF ON 18TH STREET AT SIDE ENTRANCE | | | | | | |
| 055020 | 06/16/2011 | VIRGIN TO THE RALEIG | 360.00 | 72.00 | 0.00 | 72.00 | -72.00 | 432.00 |
| P | 19:30 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| D | 20:30 | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH DROP OFF ON 18TH STREET AT SIDE ENTRANCE | | | | | | |
| 055021 | 06/16/2011 | VIRGIN BACK FROM RAL | 475.00 | 95.00 | 0.00 | 95.00 | -95.00 | 570.00 |
| P | 23:30 | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH 305-534-6300 | | | | | | |
| D | 4:30 | SHUTTLE SERVICE BACK TO MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| 055218 | 06/16/2011 | VIRGIN TO BEACH MARIN | 475.00 | 95.00 | 0.00 | 95.00 | -95.00 | 570.00 |
| P | 14:30 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| D | 19:30 | SHUTTLE TO MIAMI BEACH MARINA 300 ALTON RD, MIAMI BEACH RETURN TO HOTEL FOR THE SECOND GROUP AND ON | | | | | | |
| 055372 | 06/16/2011 | VIRGIN BACK FROM RAL | 220.00 | 44.00 | 0.00 | 44.00 | -44.00 | 264.00 |
| P | 23:59 | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH 305-534-6300 | | | | | | |
| D | 0:59 | ROYAL PALM CROWN PLAZA HOTEL 1545 COLLINS AVE, MIAMI BEACH 305-604-5700 | | | | | | |
| 055026 | 06/17/2011 | VIRGIN SOHO & DEPARTU | 660.00 | 132.00 | 0.00 | 134.00 | -132.00 | 794.00 |
| P | 12:45 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| D | 13:15 | SOHO BEACH HOUSE 4385 Collins Avenue, Miami Beach 786-507-7900 | | | | | | |
| D | 18:45 | MIAMI INTERNATIONAL AIRPORT VIRGIN ATLANTIC DEPARURE | | | | | | |
| 055279 | 06/17/2011 | VIRGIN TO AVENTURA + | 770.00 | 154.00 | 0.00 | 166.00 | -154.00 | 936.00 |
| P | 12:00 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | |
| D | 13:30 | AVENTURA MALL 19501 BISCAYNE BLVD., AVENTURA 305-935-1110 | | | | | | |
| D | 17:45 | SOHO BEACH HOUSE 4385 Collins Avenue, Miami Beach 786-507-7900 | | | | | | |
| D | 19:00 | MIAMI INTERNATIONAL AIRPORT VIRGIN DEPARTURE FINAL DROP OFF | | | | | | |

Thank you for choosing
Ocean Drive Limousines
for all your transportation needs.

| | |
|---|---|
| Total Amount: | $9,981.00 |
| Amount Paid: | $0.00 |
| Total Due: | $9,981.00 |

OD MSJ 0000002