OCEAN DRIVE LIMOUSINES
641 Mokena Drive
Miami Springs, FL.  33166
(305) 374-7182      (888) 664-7182      Fax (305) 374-0807
www.OceanDriveLimo.com

# Invoice

| Bill To: | INTERNATIONAL JETCLUB | Invoice Date: | 12/31/2010 |
|---|---|---|---|
| Attention: | AMY GOODYEAR | Invoice No: | |
| | FARNBOROUGH AIRPOPRT | Account No: | 01849 |
| | HAMPSHIRE, G014 6XA | Terms: | 0 |
| | | Date Range: | 01/01/2009 To 12/31/2010 |

| Reserve Number | Date | Passenger | Order Number | Fee | Gratuity | Phone | Misc | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| 033838 | 01/19/2009 | LYNCH, SEAMUS | VERBAL | 90.00 | 18.00 | 0.00 | 33.00 | 0.00 | 141.00 |
| P 20:00 | | SIGNATURE FLIGHT SUPPORT (MIA) 5700 NW 36TH STREET, MIAMI 305-526-6344 TAIL# VPBJK | | | | | | | |
| D 21:00 | | MANDARIN ORIENTAL HOTEL 500 BRICKELL AVE, MIAMI 305-913-8288 | | | | | | | |
| 034277 | 02/12/2009 | MITTAL, MR | | 125.00 | 25.00 | 0.00 | 25.00 | 0.00 | 175.00 |
| P 16:30 | | SIGNATURE FLIGHT SUPPORT (MIA) 5700 NW 36TH STREET, MIAMI 305-526-6344 TAIL # VPBLA | | | | | | | |
| D 17:30 | | RITZ-CARLTON KEY BISCAYNE 455 GRAND BAY DRIVE, KEY BISCAYNE 305-648-5900 | | | | | | | |
| 034278 | 02/13/2009 | MITTAL, MR | E-MAIL | 125.00 | 25.00 | 0.00 | 30.00 | 0.00 | 180.00 |
| P 16:15 | | RITZ-CARLTON KEY BISCAYNE 455 GRAND BAY DRIVE, KEY BISCAYNE 305-648-5900 | | | | | | | |
| D 17:15 | | SIGNATURE FLIGHT SUPPORT (MIA) 5700 NW 36TH STREET, MIAMI 305-526-6344 | | | | | | | |
| 035219 | 03/22/2009 | O'BRIEN, DENIS | EMAILED | 220.00 | 44.00 | 0.00 | 44.00 | -44.00 | 264.00 |
| P 16:10 | | SIGNATURE FLIGHT SUPPORT (MIA) 5700 NW 36TH STREET, MIAMI 305-526-6344 TAIL# VP-BJK | | | | | | | |
| D 17:10 | | MANDARIN ORIENTAL HOTEL 500 BRICKELL AVE, MIAMI 305-913-8288 | | | | | | | |
| 036342 | 05/17/2009 | O'BRIEN, DENIS | EMAILED | 125.00 | 25.00 | 0.00 | 25.00 | 0.00 | 175.00 |
| P 15:35 | | SIGNATURE FLIGHT SUPPORT (MIA) 5700 NW 36TH STREET, MIAMI 305-526-6344 | | | | | | | |
| D 16:35 | | MANDARIN ORIENTAL HOTEL 500 BRICKELL AVE, MIAMI 305-913-8288 | | | | | | | |
| 040835 | 02/01/2010 | OBRIEN, DENNIS | | 250.00 | 50.00 | 0.00 | 50.00 | 0.00 | 350.00 |
| P 20:15 | | SIGNATURE FLIGHT SUPPORT MIAMI  TAIL NUMBER VPBJK | | | | | | | |
| D 22:15 | | FOUR SEASONS HOTEL 1435 BRICKELL AVE., MIAMI 305-358-3535 | | | | | | | |
| 040921 | 02/02/2010 | OBRIEN, DENNIS | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| P 7:30 | | FOUR SEASONS HOTEL 1435 BRICKELL AVE., MIAMI 305-358-3535 | | | | | | | |
| P 7:00 | | AS DIRECTED - 5 HOUR MINIMUM | | | | | | | |
| 047030 | 10/24/2010 | MS. GREEN, LADY TINA | EMAILED | 125.00 | 25.00 | 0.00 | 25.00 | 0.00 | 175.00 |
| P 16:00 | | SIGNATURE FLIGHT SUPPORT (MIA) 5700 NW 36TH STREET, MIAMI 305-526-6344 TAIL#VQ-BGN | | | | | | | |
| D 0:00 | | LA GORCE ISLAND - MIAMI BEACH, FL | | | | | | | |

| | |
|---|---|
| Thank you for choosing | Total Amount: $1,760.00 |
| Ocean Drive Limousines | Amount Paid: $1,760.00 |
| for all your transportation needs. | Total Due: $0.00 |

OD MSJ 0000039