# OCEAN DRIVE LIMOUSINES

641 Mokena Drive
Miami Springs, FL. 33166

(305) 374-7182   (888) 664-7182   Fax (305) 374-0807

www.OceanDriveLimo.com

## Invoice

Bill To: VIRGIN ATLANTIC AIRWAYS
Attention: LUCIE ROMAINE
THE OFFICE (NW3)
MANOR ROYAL
CRAWLEY, RH10 9NU

Invoice Date: 07/02/2011
Invoice No:
Account No: 02113
Terms: 0
Date Range: 05/13/2011 To 07/02/2011

| Reserve Number | | Date | Passenger | Order Number | Fee | Gratuity | Phone | Misc | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 055000 | | 06/15/2011 | VIRGIN ARRIVALS VAN 1 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055001 | | 06/15/2011 | VIRGIN ARRIVALS VAN 2 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055002 | | 06/15/2011 | VIRGIN ARRIVALS VAN 3 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055003 | | 06/15/2011 | VIRGIN ARRIVALS VAN 4 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055004 | | 06/15/2011 | VIRGIN ARRIVALS VAN 5 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055005 | | 06/15/2011 | VIRGIN ARRIVALS VAN 6 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055006 | | 06/15/2011 | VIRGIN ARRIVALS VAN 7 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055007 | | 06/15/2011 | VIRGIN ARRIVALS VAN 8 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055008 | | 06/15/2011 | VIRGIN ARRIVALS VAN 9 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055009 | | 06/15/2011 | VIRGIN ARRIVALS VAN 1 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055010 | | 06/15/2011 | VIRGIN ARRIVALS VAN 1 | | 110.00 | 22.00 | 0.00 | 149.00 | -22.00 | 259.00 |
| P | 16:20 | | VIRGIN ATLANTIC AIR Flt 005 Arr MIAMI INTL at 16:20 From LONDON 800-862-8621 | | | | | | | |
| D | 17:20 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| 055014 | | 06/15/2011 | VIRGIN TO THE VILLA M | | 550.00 | 110.00 | 0.00 | 112.00 | -110.00 | 662.00 |
| P | 19:15 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| D | 0:15 | | AS DIRECTED TO THE VILLA BY BARTON G 1116 OCEAN DRIVE, MIAMI BEACH 305-672-6604 WAIT AND RETURN | | | | | | | |
| 055015 | | 06/15/2011 | VIRGIN TO THE VILLA M | | 550.00 | 110.00 | 0.00 | 112.00 | -110.00 | 662.00 |
| P | 19:15 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | | | | | |
| D | 0:15 | | AS DIRECTED TO THE VILLA BY BARTON G 1116 OCEAN DRIVE, MIAMI BEACH 305-672-6604 WAIT AND RETURN | | | | | | | |
| 055016 | | 06/15/2011 | VIRGIN TO THE VILLA MI | | 475.00 | 95.00 | 0.00 | 97.00 | -95.00 | 572.00 |

# OCEAN DRIVE LIMOUSINES
641 Mokena Drive
Miami Springs, FL. 33166

(305) 374-7182  (888) 664-7182  Fax (305) 374-0807
www.OceanDriveLimo.com

## Invoice

Bill To: VIRGIN ATLANTIC AIRWAYS
Attention: LUCIE ROMAINE
THE OFFICE (NW3)
MANOR ROYAL
CRAWLEY, RH10 9NU

Invoice Date: 07/02/2011
Invoice No:
Account No: 02113
Terms: 0
Date Range: 05/13/2011 To 07/02/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| P | 19:15 | 055017 | ROYAL PALM CROWN PLAZA HOTEL 1545 COLLINS AVE, MIAMI BEACH 305-604-5700 | | | |
| D | 0:15 | | AS DIRECTED TO THE VILLA BY BARTON G 1116 OCEAN DRIVE, MIAMI BEACH 305-672-6604 WAIT AND RETURN | 550.00 | 116.00 | 666.00 |
| P | 10:30 | 06/16/2011 | VIRGIN TO EVERGLADE | 110.00 | 0.00 | -110.00 |
| D | 15:30 | | AS DIRECTED TO EVERGLADES SAFARI PARK 26700 S.W. 8TH ST, MIAMI >>>PARK TO BE CONFIRMED<<< WAIT AND RETURN | 475.00 | 97.00 | 572.00 |
| P | 10:30 | 055018 06/16/2011 | VIRGIN TO GO CAR TOU | 95.00 | 0.00 | -95.00 |
| D | 15:30 | | AS DIRECTED TO GO CAR SOUTH BEACH 1655 James Avenue, Miami Beach (305) 908-8497 WAIT AND RETURN | | | |
| P | 10:30 | 055019 06/16/2011 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | 360.00 | 72.00 | 432.00 |
| D | 19:30 | | VIRGIN TO THE RALEIG | 72.00 | 0.00 | -72.00 |
| P | 20:30 | | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH DROP OFF ON 18TH STREET AT SIDE ENTRANCE | | | |
| D | 19:30 | 055020 06/16/2011 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | 360.00 | 72.00 | 432.00 |
| P | 20:30 | | VIRGIN TO THE RALEIG | 72.00 | 0.00 | -72.00 |
| D | | | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH DROP OFF ON 18TH STREET AT SIDE ENTRANCE | | | |
| P | 19:30 | 055021 06/16/2011 | VIRGIN BACK FROM RAL | 475.00 | 95.00 | 570.00 |
| D | 23:30 | | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH 305-534-6300 | 95.00 | 0.00 | -95.00 |
| P | 4:30 | | SHUTTLE SERVICE BACK TO MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | | | |
| D | 14:30 | 055218 06/16/2011 | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | 475.00 | 95.00 | 570.00 |
| P | 19:30 | | VIRGIN TO BEACH MARIN | 95.00 | 0.00 | -95.00 |
| D | | | SHUTTLE TO MIAMI BEACH MARINA 300 ALTON RD, MIAMI BEACH RETURN TO HOTEL FOR THE SECOND GROUP AND ON | | | |
| P | 23:59 | 055372 06/16/2011 | VIRGIN BACK FROM RAL | 220.00 | 44.00 | 264.00 |
| D | 0:59 | | THE RALEIGH HOTEL 1775 COLLINS AVENUE, MIAMI BEACH 305-534-6300 | 44.00 | 0.00 | -44.00 |
| | | | ROYAL PALM CROWN PLAZA HOTEL 1545 COLLINS AVE, MIAMI BEACH 305-604-5700 | | | |
| P | 12:45 | 055026 06/17/2011 | VIRGIN SOHO & DEPARTU | 660.00 | 134.00 | 794.00 |
| D | 13:15 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | 132.00 | 0.00 | -132.00 |
| D | 18:45 | | SOHO BEACH HOUSE 4385 Collins Avenue, Miami Beach 786-507-7900 | | | |
| | | | MIAMI INTERNATIONAL AIRPORT VIRGIN ATLANTIC DEPARURE | | | |
| P | 12:00 | 055279 06/17/2011 | VIRGIN TO AVENTURA + | 770.00 | 166.00 | 936.00 |
| D | 13:30 | | MONDRIAN HOTEL 1100 WEST AVENUE, MIAMI BEACH 305-672-2662 | 154.00 | 0.00 | -154.00 |
| D | 17:45 | | AVENTURA MALL 19501 BISCAYNE BLVD., AVENTURA 305-935-1110 | | | |
| D | 19:00 | | SOHO BEACH HOUSE 4385 Collins Avenue, Miami Beach 786-507-7900 | | | |
| | | | MIAMI INTERNATIONAL AIRPORT VIRGIN DEPARTURE FINAL DROP OFF | | | |

Total Amount: $9,981.00
Amount Paid: $0.00
Total Due: $9,981.00

Thank you for choosing
Ocean Drive Limousines
for all your transportation needs.