OCEAN DRIVE LIMOUSINES

641 Mokena Drive

Miami Springs, FL. 33166

(305) 374-7182        (888) 664-7182        Fax (305) 374-0807

www.OceanDriveLimo.com

.

**Invoice**

Bill To: ALLIANCE TRAVEL CORP.  
Attention: SYLVIE  
3079 E SHADOWLAWN AVE NE  
ATLANTA, GA 30305  

Invoice Date: 12/31/2009  
Invoice No:  
Account No: 01762  
Terms: 0  
Date Range: 01/01/2009 To 12/31/2009  

| Reserve Number | Date | Passenger | Order Number | Fee | Gratuity | Phone | Misc | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| 033316 | 01/16/2009 | GORDY, THOMAS A. | | 195.00 | 39.00 | 0.00 | 54.00 | 0.00 | 288.00 |
| P 17:45 | | DELTA Flt 39 Arr FT. LAUDERDALE at 17:45 From ATLANTA 800-221-1212 | | | | | | | |
| D 20:45 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033318 | 01/16/2009 | TAMBURINO, CORRADO + | | 125.00 | 25.00 | 0.00 | 85.00 | 0.00 | 235.00 |
| P 14:40 | | ALITALIA Flt 630 Arr MIAMI INT'L at 14:40 From MILAN 800-223-5730 | | | | | | | |
| D 15:40 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033320 | 01/16/2009 | SABRI, SAHER | | 90.00 | 18.00 | 0.00 | 33.00 | 0.00 | 141.00 |
| P 22:24 | | US AIR Flt 1687 Arr FT. LAUDERDALE At 22:24 From 800-428-4322 | | | | | | | |
| D 23:24 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033322 | 01/16/2009 | ORSI, FRANCO+ 1 | | 90.00 | 18.00 | 0.00 | 33.00 | 0.00 | 141.00 |
| P 18:29 | | DELTA Flt 165 Arr FT. LAUDERDALE at 18:29 From JFK AIRPORT 800-221-1212 | | | | | | | |
| D 19:29 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033324 | 01/16/2009 | SMEETS, ALBERT | | 90.00 | 18.00 | 0.00 | 78.00 | 0.00 | 186.00 |
| P 18:00 | | MARTINAIR HOLLAND Flt 645 Arr MIAMI INT'L at 18:00 From  AMSTERDAM 800-627-8462 | | | | | | | |
| D 20:00 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033330 | 01/16/2009 | GORDY, THOMAS | | 360.00 | 72.00 | 0.00 | 72.00 | 0.00 | 504.00 |
| P 18:50 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| D 22:50 | | AS DIRECTED TO ACQUIALINA FOR DINNER  WAIT AND RETURN | | | | | | | |
| 033589 | 01/17/2009 | PISCO, JOAO | | 90.00 | 18.00 | 0.00 | 33.00 | 0.00 | 141.00 |
| P 18:44 | | CONTINENTAL Flt 33 Arr FT. LAUDERDALE at 18:44 From NEWARK NJ 800-525-0280 | | | | | | | |
| D 19:44 | | CROWN PLAZA HOLLYWOOD BEACH | | | | | | | |
| 033321 | 01/18/2009 | SABRI, SAHER | | 90.00 | 18.00 | 0.00 | 23.00 | 0.00 | 131.00 |
| P 15:30 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| D 16:30 | | DELTA Flt 2048 Dpt FT. LAUDERDALE At 17:15 For ATLANTA 800-221-1212 | | | | | | | |
| 033548 | 01/18/2009 | HAMADY, MOHAMED | | 90.00 | 18.00 | 0.00 | 78.00 | 0.00 | 186.00 |
| P 14:25 | | BRITISH AIRWAYS Flt 207 Arr MIAMI INT'L At 14:25 From LONDON 800-247-9297 | | | | | | | |
| D 15:25 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033792 | 01/18/2009 | GORDY, THOMAS A. | | 225.00 | 45.00 | 0.00 | 45.00 | 0.00 | 315.00 |
| P 19:30 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| D 22:30 | | AS DIRECTED LA GOULUE RESTAURANT BAL HARBOR | | | | | | | |
| 033793 | 01/19/2009 | GORDY, THOMAS A. | | 450.00 | 90.00 | 0.00 | 90.00 | 0.00 | 630.00 |
| P 19:30 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| D 0:30 | | AS DIRECTED CERO RITZ CARLTON FT LAUDERDALE | | | | | | | |
| 033326 | 01/20/2009 | LOHLE, PAUL | | 90.00 | 18.00 | 0.00 | 78.00 | 0.00 | 186.00 |
| P 18:00 | | MARTINAIR HOLLAND Flt 645 Arr MIAMI INT'L at 18:00 FROM AMSTERDAM 800-627-8462 | | | | | | | |
| D 20:00 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033859 | 01/20/2009 | CHEDID, NADINE | | 90.00 | 27.00 | 0.00 | 78.00 | 0.00 | 195.00 |
| P 17:51 | | DELTA Flt 39 Arr FT. LAUDERDALE at 17:51 From 800-221-1212 | | | | | | | |
| D 18:51 | | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | | |
| 033317 | 01/22/2009 | GORDY, THOMAS A. | | 90.00 | 18.00 | 0.00 | 23.00 | 0.00 | 131.00 |

OCEAN DRIVE LIMOUSINES

641 Mokena Drive

Miami Springs, FL. 33166

(305) 374-7182    (888) 664-7182    Fax (305) 374-0807

www.OceanDriveLimo.com

.

| | | **Invoice** | | | |
|---|---|---|---|---|---|
| Bill To: ALLIANCE TRAVEL CORP. | | | Invoice Date: 12/31/2009 | | |
| Attention: SYLVIE | | | Invoice No: | | |
| 3079 E SHADOWLAWN AVE NE | | | Account No: 01762 | | |
| ATLANTA, GA 30305 | | | Terms:    0 | | |
| | | | Date Range: 01/01/2009 To 12/31/2009 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P | 13:30 | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | |
| D | 14:30 | DELTA Flt 2044 Dpt FT. LAUDERDALE At 15:11 For ATLANTA 800-221-1212 | | | | | | |
| 033319 | 01/22/2009 | TAMBURINO, CORRADO + | 125.00 | 25.00 | 0.00 | 30.00 | 0.00 | 180.00 |
| P | 13:30 | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | |
| D | 14:30 | ALITALIA Flt 631 Dpt MIAMI INT'L At 16:40 For MILAN 800-223-5730 | | | | | | |
| 033323 | 01/22/2009 | ORSI, FRANCO+ 1 | 90.00 | 18.00 | 0.00 | 23.00 | 0.00 | 131.00 |
| P | 11:00 | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | |
| D | 0:00 | DELTA Flt 2040 Dpt FT. LAUDERDALE At 13:10 For ATLANTA 800-221-1212 | | | | | | |
| 033325 | 01/22/2009 | SMEETS, ALBERT + 1 | 90.00 | 18.00 | 0.00 | 23.00 | 0.00 | 131.00 |
| P | 17:00 | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | |
| D | 18:00 | MARTINAIR HOLLAND Flt 646 Dpt MIAMI INT'L At 20:00 For 800-627-8462 | | | | | | |
| 033549 | 01/22/2009 | HAMADY, MOHAMED | 90.00 | 18.00 | 0.00 | 23.00 | 0.00 | 131.00 |
| P | 13:00 | WESTIN DILPOMAT HOTEL 3555 S. OCEAN DRIVE, HOLLYWOOD 954-457-2000 | | | | | | |
| D | 0:00 | BRITISH AIRWAYS Flt 206 MIAMI INT'L From LONDON 800-247-9297 | | | | | | |
| 033590 | 01/22/2009 | PISCO, JOAO | 90.00 | 18.00 | 0.00 | 23.00 | 0.00 | 131.00 |
| D | 9:30 | CROWN PLAZA HOLLYWOOD BEACH | | | | | | |
| P | 8:30 | FLL | | | | | | |
| 037352 | 09/04/2009 | CROSSLAND, DAVID    VERBAL | 85.00 | 17.00 | 0.00 | 32.00 | 0.00 | 134.00 |
| P | 18:11 | DELTA Flt 1052 Arr MIAMI INT'L at 18:11 From ATLANTA 800-221-1212 | | | | | | |
| D | 19:11 | CANYON RANCH HOTEL 6801 COLLINS AVE MIAMI BEACH, FL | | | | | | |
| 037662 | 09/10/2009 | DAY, FORREST/ALLAINC | 85.00 | 17.00 | 0.00 | 32.00 | 0.00 | 134.00 |
| P | 14:51 | DELTA Flt 1991 Arr MIAMI INT'L At 14:51 From ATLANTA 800-221-1212 | | | | | | |
| D | 15:51 | BILTMORE HOTEL 1200 ANASTASIA AVENUE, CORAL GABLES 305-445-1926 | | | | | | |
| | 0:00 | 678-642-8540 | | | | | | |
| 037664 | 09/10/2009 | MCWHORTER, NANCY/ | 85.00 | 17.00 | 0.00 | 32.00 | 0.00 | 134.00 |
| P | 12:47 | AMERICAN AIRLINES Flt 4958 Arr MIAMI INT'L at 12:47 From JACKSONVILLE 800-433-7300 | | | | | | |
| D | 13:47 | BILTMORE HOTEL 1200 ANASTASIA AVENUE, CORAL GABLES 305-445-1926 | | | | | | |
| | 0:00 | 706-994-3565 | | | | | | |
| 037353 | 09/12/2009 | CROSSLAND, DAVID    VERBAL | 85.00 | 17.00 | 0.00 | 22.00 | 0.00 | 124.00 |
| P | 15:00 | CANYON RANCH HOTEL 6801 COLLINS AVE MIAMI BEACH, FL | | | | | | |
| D | 16:00 | MIAMI INTERNATIONAL AIRPORT DELTA | | | | | | |
| 037665 | 09/12/2009 | MCWHORTER, NANCY/ | 85.00 | 17.00 | 0.00 | 22.00 | 0.00 | 124.00 |
| P | 14:30 | BILTMORE HOTEL 1200 ANASTASIA AVENUE, CORAL GABLES 305-445-1926 | | | | | | |
| D | 15:30 | MIAMI AIRPORT FOR DROP OFF | | | | | | |
| 038646 | 11/04/2009 | DR.KINCAID JAMES    VERBAL | 85.00 | 17.00 | 0.00 | 32.00 | 0.00 | 134.00 |
| P | 21:14 | DELTA Flt 2001 Arr MIAMI INT'L at 21:14 From ATLANTA 800-221-1212 | | | | | | |
| D | 22:14 | EDEN ROC 4525 COLLINS AVENUE, MIAMI BEACH 305-531-0000 | | | | | | |
| 038647 | 11/05/2009 | KINCAID, ELIZABETH    VERBAL | 85.00 | 17.00 | 0.00 | 37.00 | 0.00 | 139.00 |
| P | 16:38 | DELTA Flt 1995 Arr MIAMI INT'L at 16:38 From ATLANTA 800-221-1212 | | | | | | |
| D | 17:38 | EDEN ROC 4525 COLLINS AVENUE, MIAMI BEACH 305-531-0000 | | | | | | |
| 038648 | 11/08/2009 | KINCAID, DR & MRS.    VERBAL | 85.00 | 17.00 | 0.00 | 22.00 | 0.00 | 124.00 |

OCEAN DRIVE LIMOUSINES

641 Mokena Drive

Miami Springs, FL.  33166

(305) 374-7182      (888) 664-7182      Fax (305) 374-0807

www.OceanDriveLimo.com

.

**Invoice**

| | |
|---|---|
| Bill To: ALLIANCE TRAVEL CORP. | Invoice Date: 12/31/2009 |
| Attention: SYLVIE | Invoice No: |
| 3079 E SHADOWLAWN AVE NE | Account No: 01762 |
| ATLANTA, GA 30305 | Terms: 0 |
| | Date Range: 01/01/2009 To 12/31/2009 |

| | | |
|---|---|---|
| P | 10:00 | EDEN ROC 4525 COLLINS AVENUE, MIAMI BEACH 305-531-0000 |
| D | 0:00 | MIA |

| | |
|---|---|
| Thank you for choosing | Total Amount: $5,161.00 |
| Ocean Drive Limousines | Amount Paid: $5,161.00 |
| for all your transportation needs. | Total Due: $0.00 |