UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-24358-cv-KING

JOE GORDILS, FRANCISCO RAMOS,
BEYMAR SABOGAL, RIDER
MORALES, and PEDRO P. SOSA,

    Plaintiffs,

vs.

OCEAN DRIVE LIMOUSINES, INC.,
OCEAN DRIVE LIMOUSINES, INC.
SO. FLA., RICHARD BENETTI, and
MELISSA BENETTI, individually,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT ON THE VERDICT[1]

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the jury's verdicts (DE 260), this Court's Order on Plaintiffs' Motion for Judgment and Other Post-Verdict Motions (DE 274), and this Court's Order Granting Defendants' Motion to Amend Final Judgment, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Final Judgment on the jury's verdicts be entered as follows:

1. Plaintiff Joe Gordils shall recover $1,506.12 from Defendants as overtime wages for which sum let execution issue.

2. Plaintiff Francisco Ramos shall recover $5,948.92 from Defendants as overtime wages for which sum let execution issue.

---

[1] This Amended Final Judgment supersedes and replaces the Court's previous Final Judgment on the Verdict (DE 275).

3. Plaintiff Beymar Sabogal shall recover $5,756.76 from Defendants as overtime wages for which sum let execution issue.

4. Plaintiff Rider Morales shall recover $905.60 from Defendants as overtime wages for which sum let execution issue.

5. Plaintiff Pedro Sosa shall recover $5,406.39 from Defendants as overtime wages for which sum let execution issue.

6. Plaintiffs Joe Gordils, Francisco Ramos, Beymar Sabogal, Rider Morales, and Pedro Sosa shall recover nothing as minimum wages by this action.

7. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of August, 2015.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record