UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24358-CIV-KING

JOE GORDILS,

    Plaintiff,

v.

OCEAN DRIVE LIMOUSINES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE PENDING RULING

THIS CAUSE comes before the Court upon Notice of Appeal by All Plaintiffs (DE 287), which notices the Court of appeal to the United States Court of Appeals for the Eleventh Circuit from the Order on Plaintiffs' Motion for Post Judgment and Other Post-Verdict Motions (DE 274), as well as from the Amended Final Judgment (DE 281). In the interest of judicial parity and in avoidance of duplicative deliberation, the Court temporarily declines to exercise jurisdiction over certain post-judgment and post-verdict motions.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED**:

1. Defendant's Motion for Attorney Fees and Costs (**DE 282**) is **DISMISSED without prejudice**, with leave to refile upon resolution of the appeal.

2. Plaintiff's Motion for Extension of Time to Challenge Fee Entries and Rates (**DE 283**) is **DISMISSED without prejudice**, with leave to refile upon resolution of the appeal.

3. Plaintiff's MOTION to Tax Costs (**DE 284**) is **DISMISSED without prejudice**, with leave to refile upon resolution of the appeal.

4. Plaintiff's MOTION for Attorney Fees (**DE 285**) is **DISMISSED without prejudice**, with leave to refile upon resolution of the appeal.

5. Plaintiff's Unopposed Motion for Enlargement to File Response (**DE 289**) is **DISMISSED without prejudice**, with leave to refile upon resolution of the appeal.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of October, 2015.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc: **All counsel of record**